IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WESTERN DIVISION

**DONNA DUNN**  PLAINTIFF

V.                4:06CV0531 JMM

**OFFICE OF PERSONNEL MANAGEMENT**  DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, remanded to the OPM to determine the precise amount of benefits due plaintiff. Plaintiff may amend the judgment to reflect prejudgment interest and attorney's fees.

IT IS SO ORDERED this 12th day of March, 2007.

_____
James M. Moody
United States District Judge