IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WESTERN DIVISION

DONNA DUNN                                                                                    PLAINTIFF

V.                                           4:06CV0531 JMM

OFFICE OF PERSONNEL MANAGEMENT                              DEFENDANT

## AMENDED JUDGMENT

Pursuant to the Amended Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, remanded to the OPM to determine the precise amount of benefits due plaintiff.

IT IS SO ORDERED this 9th day of April, 2007.

_____
James M. Moody
United States District Judge